**Steven M. EVANS, Petitioner–Appellant**

v.

**Warden Linda SANDERS, Respondent–Appellee.**

No. 14–2187.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 7, 2014.

Filed: Oct. 22, 2014.

Ian A. Lewis, Asst. Fed. Public Defender, Springfield, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO, for appellee.

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Steven Evans appeals the district court's[1] order denying his 28 U.S.C. § 2241 petition challenging his civil commitment under 18 U.S.C. § 4246. Following careful de novo review, *see United States v. Lurie*, 207 F.3d 1075, 1076 (8th Cir.2000), we conclude that Evans's challenges to the lawfulness of his confinement, and particularly his jurisdictional arguments, are meritless. Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri, adopting the report and recommendations of the Honor- able David P. Rush, United States Magistrate Judge for the Western District of Missouri.